120 A.3d 298

**Eugene LAMBERT, Petitioner**

v.

**COURT OF COMMON PLEAS PHILADELPHIA COUNTY, Respondent.**

No. 62 EM 2015.

Supreme Court of Pennsylvania.

July 22, 2015.

## *OPINION*

PER CURIAM.

**AND NOW,** this 22nd day of July, 2015, the Application for Leave to File Original Process is **GRANTED,** and the Petition

for Writ of Mandamus and/or Extraordinary Relief is **GRANTED** to the extent it seeks mandamus relief. The Court of Common Pleas of Philadelphia County is **DIRECTED** to adjudicate Petitioner's pending petition within 90 days.